ALBANY,
Feb. 1810.

JACKSON
v.
HASBROUCK.

chased him as a slave, some years ago ; that since the death of the said *Johannes*, the negro claims to be free, by virtue of a certificate in writing, given to him by the said *Johannes*, in his life-time, in which the said *Johannes* sets forth, that he thereby " manumits the said negro slave *Tom*, from and after the death of him the said *Johannes*, in spite of all bills of sale, or last will by him thereafter to be made," which certificate was given before the sale of the negro to *Adolph Walradt*.

On this return, it was submitted to the court, whether the negro was entitled to his freedom, or not.

JACKSON, *ex dem.* OSTRANDER and another, *against* HASBROUCK.

In an action of ejectment, where the defendant alleges that the lessor of the plaintiff has taken possession of more land than was recovered by the verdict, the court will order a restitution ; but where the fact is doubtful, the proper course is to award a feigned issue to try the question.

E. WILLIAMS, for the defendant, moved for a writ of restitution in this case, on an affidavit, that the lessors of the plaintiff, had taken possession of more land than was recovered by the verdict. (See 3 *Johns. Rep.* 331.)

*Sudam*, contra, read an affidavit, denying that the lessors had taken possession of more land than they were entitled to by the verdict ; and the question seemed to be about one of the boundaries, called *Schutt's* line.

*Per Curiam.* We grant the motion ; unless the lessors of the plaintiff will elect by the first day of the next

term to have a *feigned issue*, in order to try the fact in controversy. This seems to be the course of proceeding in the *English* courts, when the fact is doubtful whether the lessor has taken possession of more land than he has recovered, or not. (*5 Burr.* 2673.)